AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| 11573705 | ) Case No. 1:24-MJ- 98 |
| 2587-1017-0045-B | ) |
| | ) RECEIVED |
| JAMES MANSFIELD DAVIS, | ) By PTaylor at 3:02 pm, Oct 17, 2024 |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMES MANSFIELD DAVIS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 3146(a)(2) - Failure to Appear

Date: 10/17/2024

City and state: Clarksburg WV

U.S. Magistrate Judge, Michael J. Aloi
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/17/2024, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

For: **DUSM Frederick**
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: James Mansfield DAVIS **possible additional DOB: 11/14/1956**

Known aliases: _____

Last known residence: 4408 1/2 Ninth Ave., Parkersburg, WV 26601

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: 11/24/1956

Social Security number: 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

Height: _____   Weight: _____

Sex: Male   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: KT6PJFJWM **USMS #: 12459-511**

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____